DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GOOD OLD DAYS INVESTMENTS, LLC,**
Appellant,

v.

**BOCA WEST COUNTRY CLUB, INC., BOCA WEST MASTER
ASSOCIATION, INC., HEALTH ABUNDANCE, LLC,** and
**OLGA KUZENKOV,**
Appellees.

No. 4D21-1391

[July 14, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 50-2016-CA-010693-XXXX-MB.

Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellant.

Therese A. Savona and Geraldine P. Pena of Cole, Scott & Kissane, P.A., Miami, for appellees Boca West County Club, Inc. and Boca West Master Association, Inc.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***